**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
District of Oregon
**STEPHEN J. ODELL, OSB #903530**
steve.odell@usdoj.gov
**SEAN E. MARTIN, OSB # 054338**
sean.martin@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
    Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| BARK, *et al.*, | Case No. 3:13-cv-00828-AA |
|     Plaintiffs, | **FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL OF STEPHEN J. ODELL AS COUNSEL OF RECORD** |
| v. | |
| LISA NORTHROP, *et al.*, | |
|     Federal Defendants, | |
| and | |
| RLK AND COMPANY, an Oregon company, | |
|     Defendant-Intervenor. | |

Page 1 – FED. DEFS.' NOTICE OF WITHDRAWAL OF COUNSEL
    *Bark v. Northrop,* Case No. 3:13-cv-828-AA

Undersigned counsel Stephen J. Odell, Assistant U.S. Attorney, hereby respectfully enters a notice of withdrawal for himself as counsel of record for Federal Defendants in the above-captioned action, effectively immediately. His colleague, fellow Assistant U.S. Attorney Sean E. Martin, who has been serving as co-counsel for Federal Defendants along with Mr. Odell in this action, will continue to represent Federal Defendants as their sole litigation counsel from this filing forward.

Respectfully submitted this 10th day of July 2017.

                                              BILLY J. WILLIAMS
                                              United States Attorney


                                              *s/ Stephen J. Odell*
                                              STEPHEN J. ODELL
                                              Assistant United States Attorney
                                              District of Oregon